Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**Tyler A. Slepski**          :     Case No. 22−22278−CMB
*Debtor(s)*                   :     Chapter: 13
                              :
                              :
                              :
                              :
                              :

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

     *AND NOW,* this *The 15th of October, 2024,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

     (1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

     (2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

     (3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

     (4) The Clerk shall give notice to all creditors of this dismissal.

*[signature]*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Tyler A. Slepski  
      Debtor

Case No. 22-22278-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Oct 15, 2024      Form ID: 309      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tyler A. Slepski, 308 West Boyd Avenue, Butler, PA 16001-7104 |
| 15546843 | + | Freedom Mortgage Corporation, 6860 North Argonnie Street, Unit A, Denver, CO 80249-8737 |
| 15546844 | | Wells Fargo Student Loans, P.O. Box 51885, Sioux Falls, SD 57117-5185 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy@Freedommortgage.com | Oct 16 2024 03:13:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| cr | + | EDI: PRA.COM | Oct 16 2024 07:06:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 16 2024 03:12:00 | Peoples Gas Company, f/k/a Peoples TWP LLC, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15559021 | | Email/Text: EBN@brockandscott.com | Oct 16 2024 03:12:00 | Brock & Scott PLLC, 302 Fellowship Road Suite 130, Mount Laurel, NJ 08054 |
| 15546842 | | EDI: CITICORP | Oct 16 2024 07:06:00 | Best Buy, PO Box 9001007, Louisville, KY 40290-1007 |
| 15559022 | | EDI: CITICORP | Oct 16 2024 07:06:00 | Citibank, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15559023 | + | EDI: CITICORP | Oct 16 2024 07:06:00 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15559024 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 16 2024 03:13:00 | Dept of Ed/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15559025 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 16 2024 03:13:00 | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 15562473 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Oct 16 2024 03:12:00 | Firstmark Serviced Trust, Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| 15559027 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Oct 16 2024 03:12:00 | Fm/Firstmark, 121 South 13th Street, Lincoln, NE 68508 |
| 15559026 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Oct 16 2024 03:12:00 | Fm/firstma, Attn: Bankruptcy, 121 S 13th St #201, Lincoln, NE 68508 |
| 15559335 | | Email/Text: Bankruptcy@Freedommortgage.com | Oct 16 2024 03:13:00 | Freedom Mortgage / Attn: Bankruptcy Department, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 15559028 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 16 2024 03:13:00 | Freedom Mortgage Corporation, PO Box 50485, |

| Recip ID | | | Date | Name and Address |
|---|---|---|---|---|
| | | | | Indianapolis, IN 46250-0485 |
| 15559029 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 16 2024 03:13:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 15565176 | | EDI: JEFFERSONCAP.COM | Oct 16 2024 07:06:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 15565247 | | EDI: PRA.COM | Oct 16 2024 07:06:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15547438 | ^ | MEBN | Oct 16 2024 03:10:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15562557 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 16 2024 03:13:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15559020 | * | Best Buy, PO Box 9001007, Louisville, KY 40290-1007 |
| 15559030 | *+ | Freedom Mortgage Corporation, 6860 North Argonnie Street, Unit A, Denver, CO 80249-8737 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2024                    Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Debtor Tyler A. Slepski chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Gas Company f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Matthew Fissel | on behalf of Creditor Freedom Mortgage Corporation matthew.fissel@brockandscott.com wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 User: auto Page 3 of 3
Date Rcvd: Oct 15, 2024 Form ID: 309 Total Noticed: 22

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

TOTAL: 6