**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TYLER A. SLEPSKI<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:22-22278<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/17/2022 and confirmed on 04/27/2023. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 17,734.57 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 17,729.57 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,204.02 | |
|    Trustee Fee | 1,056.30 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,260.32 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORPORATION | 0.00 | 13,469.25 | 0.00 | 13,469.25 |
|     Acct: 5018 | | | | |
|   FREEDOM MORTGAGE CORPORATION | 15,164.56 | 0.00 | 0.00 | 0.00 |
|     Acct: 5018 | | | | |
| | | | | 13,469.25 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TYLER A. SLEPSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TYLER A. SLEPSKI | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 4,400.00 | 3,204.02 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
|   US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |

| 22-22278 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 0671 | | | | |
| FIRSTMARK SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0671 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,006.27 | 0.00 | 0.00 | 0.00 |
| Acct: 3606 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 624.15 | 0.00 | 0.00 | 0.00 |
| Acct: 4445 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4445 | | | | |
| BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

*** N O N E ***

TOTAL PAID TO CREDITORS           13,469.25

TOTAL CLAIMED
PRIORITY           0.00
SECURED       15,164.56
UNSECURED      3,630.42

Date: 11/06/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com